# United States District Court
## DISTRICT OF MASSACHUSETTS

FILED IN CLERK'S OFFICE
2005 MAR 18 P 2:43
U.S. DISTRICT
DISTRICT OF MASS.

| | | |
|---|---|---|
| DONALD C. HUTCHINS | ) | |
| Plaintiff | ) ) ) | |
| | ) | **SUMMONS** |
| vs. | ) ) | |
| FISH & RICHARDSON, P.C. | ) | CASE NUMBER 05-30062-M KHP |
| Defendant | ) ) | |

TO: Fish & Richardson, P.C.
225 Franklin Street
Boston, Massachusetts 02110
Attn: Robert E. Hillman, Esq., Chairman

You are hereby summoned and required to serve upon Donald C. Hutchins whose address is 1047 Longmeadow Street, Longmeadow, MA 01106, an answer to the Complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK
(BY) DEPUTY CLERK

DATE 3/4/05

United States District Court
Federal Building & Courthouse
1550 Main Street
Springfield, MA 01103
(413) 785-0214




AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

[ ] Served personally upon the defendant. Place where served: ____________________

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: ____________________

[ ] Returned unexecuted: ____________________

[ ] Other *(specify)*: ____________________

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ____________________ *Date* ____________________ *Signature of Server*

____________________ *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

PLEASE INDICATE INVOICE NUMBER OF YOUR REMITTANCE

# Suffolk County Sheriff's Department
## Civil Process Division

45 BROMFIELD STREET, 5TH FLOOR, BOSTON, MA 02108 — (617) 989-6999

ANDREA J. CABRAL
SHERIFF

LAWRENCE W. McGRATH, ESQ.
CHIEF DEPUTY

Donald C. Hutchins
1047 Longmeadow Street
Longmeadow, MA 01106

Amount Due: $0.00
Invoice #:   05005372
Invoice Date: 03/10/2005

Phone:(413) 734-2625

PLEASE RETURN THIS TOP PORTION WITH YOUR PAYMENT

**Payment Due Upon Receipt**   Writ: Summons and Complaint

Please send a copy of this invoice with your remittance

Hutchins. Donald
vs.
Fish & Richardson, P.C.

Invoice #:   05005372
Invoice Date: 03/10/2005

Serve:    Fish & Richardson, P.C.
          225 Franklin Street
          Att: Robert E. Hillman, Esq. Chairman
          Boston, MA 02110

Served by Deputy Sheriff: John Cotter  23

Service Date:  03/10/2005   Time:  9:55AM
Method of Service: In Hand

| Charge | Amount |
|---|---|
| Basic Service Fee (IH) | 30.00 |
| Travel | 1.00 |
| Attest/Copies | 5.00 |
| Postage and Handling | 1.00 |
| U.S. District Court Fee | 5.00 |
| **Total Charges** | **42.00** |

| Payment Date | Check Number | Amount |
|---|---|---|
| 03/09/2005 | 509403632 | 42.00 |
| 03/09/2005 | 509403632 | 8.00 |
| **Payment Total** | | 50.00 |

Refund Amount: **$8.00**
*Refund Check to Follow*

Amount Due: **$0.00**



**Suffolk County Sheriff's Department** • 45 Bromfield Street • Boston, MA 02108 • (617) 989-6999

Suffolk, ss.

March 10, 2005

I hereby certify and return that on 3/10/2005 at 9:55AM I served a true and attested copy of the Summons and Complaint in this action in the following manner: To wit, by delivering in hand to S.French, agent and person in charge at the time of service did Rist & Richardso, P.C., At , 225 Franklin Street, Att: Robert E. Rich an, Esq. Charles Branch, MA 02110. U.S. District Court Fee ($5.00), Basic Service Fee (IH) ($30.00), Travel ($1.00), Postage and Handling ($5.00), Attest/Copies ($5.00). Total Charges $46.00

Deputy Sheriff John Cotter                     /s/ John Cotter
                                                Deputy Sheriff