UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DONALD C. HUTCHINS, </br></br> Plaintiff, </br></br> v. </br></br> FISH & RICHARDSON, P.C., </br></br> Defendant. | Civil Action No. 05-30062-MAP |

## DEFENDANT'S MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION

In accordance with Fed. R. Civ. P. 12(b)(1), Defendant Fish & Richardson, P.C. ("F&R") hereby moves to dismiss this action for lack of subject matter jurisdiction. As grounds for this Motion, F&R states as follows:

1.  On or about March 4, 2005, Plaintiff Donald C. Hutchins filed a Complaint in this Court alleging four causes of action: conspiracy (Count I), breach of contract (Count II), negligence (Counts III and IV), and malpractice (Count V). *See* Complaint at ¶¶ 23-47.

2.  All of the causes of action alleged in the Complaint arise under state rather than federal law. Accordingly, 28 U.S.C. § 1331 provides no basis for federal subject matter jurisdiction.

3.  The Complaint alleges both that Hutchins is a resident of Massachusetts, and that F&R is incorporated and has its principal place of business in Massachusetts. *See* Complaint at ¶¶ 1, 2, 4, & 5.

4.  The Complaint therefore alleges that the parties to this action are citizens of the same state, and 28 U.S.C. § 1332 provides no basis for federal subject matter jurisdiction.

Accordingly, F&R respectfully requests that the Court dismiss this action for lack of subject matter jurisdiction. In further support of this Motion, the Court is referred to Defendant's Memorandum in Support of its Motion to Dismiss for Lack of Subject Matter Jurisdiction, which has been filed contemporaneously herewith.

**FISH & RICHARDSON, P.C.**

By its attorneys,


/s/ Patrick M. Curran, Jr.
Richard W. Renehan (BBO# 416680)
Patrick M. Curran, Jr. (BBO# 659322)
Goulston & Storrs
A Professional Corporation
400 Atlantic Avenue
Boston, Massachusetts 02110-3333
(617) 482-1776

Dated: March 30, 2005

## CERTIFICATE OF SERVICE

I hereby certify that on March 30, 2005, a true and correct copy of the foregoing Defendant's Motion to Dismiss for Lack of Subject Matter Jurisdiction was served by first class mail, postage prepaid, upon:

>Mr. Donald C. Hutchins (pro se)
>1047 Longmeadow Street
>Longmeadow, MA 01106

>/s/ Patrick M. Curran, Jr.
>Patrick M. Curran, Jr.