UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DONALD C. HUTCHINS )<br>)<br>Plaintiff )<br>)<br>) Civil Action: 05-30062-MAP<br>v. )<br>)<br>FISH & RICHARDSON, P.C. )<br>)<br>Defendant )<br>) | |

**PLAINTIFF'S MOTION TO STRIKE DEFENDANT'S MOTION
TO DIMISS FOR LACK OF SUBJECT MATTER JURISDICTION**

The Plaintiff, Donald C. Hutchins ("Hutchins") respectfully requests that this Honorable Court strike Defendant Fish and Richardson's ("F & R") motion to dismiss for lack of subject matter jurisdiction. As grounds for this Motion, Hutchins states as follows:

1. The Defendant, Fish & Richardson P.C. is an umbrella organization that does business throughout the United States and internationally from many offices in different states using many different corporations chartered in different states. F & R's President, Peter Devlin delegated responsibility to investigate and respond to these matters found in the Complaint to the entity, Fish & Richardson P.C., P.A. of Minnesota.

2. The entity Fish & Richardson P.C., P.A. is a citizen of Minnesota. Hutchins is a citizen of Massachusetts. Federal courts have personal jurisdiction over state law claims when all parties to the action are citizens of different states and the amount in controversy exceeds $75,000. 28 U.S.C. § 1332.

3. Conspiracy (Count I) of the Complaint involves conspiracy in a patent infringement currently being adjudicated by this Court as Civil Action 30121-MAP, <u>Zoll v. Hutchins</u>. Infringement "arising under" section 271 is within the subject matter jurisdiction of the federal courts pursuant to Section 1331 and 1338 of the Untied States Code.

4. The breach of contract (Count II), negligence (Counts III and IV) and malpractice (Count V) of the Complaint concern the patent application, examination, and response action to Hutchins' application for an LED escape light managed by the Defendant, Fish & Richardson.

5. U.S. Patent laws were enacted by Congress and are found in Title 35 of the United States Code. §§ 1-26 of Title 35

6. The federal agency charged with administering patent laws is the Patent and Trademark Office. Each patent application for a new invention is reviewed by an examiner to determine if the applicant is entitled to a patent. (1.104 of Part 1 of Title 37, C.F.R.).

7. The Director may suspend or exclude from further practice before the Patent Office any person, agent, or attorney shown to be incompetent or disreputable, or guilty of gross misconduct or who doesn't comply with the regulations established under section 2 (b) (2) (D) of Title 35 or who shall, by word, circular, letter or advertising, with intent to defraud in any manner, deceive, mislead or threaten any applicant.

8. If the application is rejected, the decision may be appealed to the Patent Office's Board of Appeals, with further or alternative review available from the United States Court of Appeals of the Federal Circuit. §§ 134, 141, & 145 of Title 35.

9.  The state of Massachusetts has no legislation or agencies responsible for patents or the patent application process. Massachusetts' courts lack jurisdiction over persons guilty of incompetence in the patent application process. Such authority resides with the Patent Office Director and the federal court system. §§ 134, & 145 of Title 35

### Conclusion

Accordingly, Hutchins respectfully requests that the Court recognize that Fish & Richardson P.C., P.A. is a citizen of Minnesota and therefore the parties under 28 U.S.C. § 1332 are citizens of different states. Hutchins requests the Court recognize that patent administration is controlled by a federal agency and that the ultimate authority to adjudicate agency procedure and attorney conduct is the jurisdiction of the federal court. Hutchins respectfully requests this Court strike Defendant Fish and Richardson's motion to dismiss for lack of subject matter jurisdiction.

Donald C. Hutchins, Pro Se

Dated: April 15, 2005

1047 Longmeadow Street
Longmeadow, Massachusetts 01106
(413) 567-0606

### CERTIFICATE OF SERVICE

I, Richard J. Moriarty, 43 Greenacre Avenue, Longmeadow, Massachusetts 01106, hereby certify that I served a copy of the foregoing on the appropriate party by sending a copy by registered mail to: Patrick M. Curran Jr. Esq., Goulston & Storrs, 400 Atlantic Avenue, Boston, Massachusetts 02110-3333.

Dated: 4/15/05

Richard J. Moriarty

3