UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| DONALD C. HUTCHINS | ) |
| Plaintiff | ) |
| v. | ) Civil Action: 05-30062-MAP |
| FISH & RICHARDSON, P.C. | ) |
| Defendant | ) |

**PLAINTIFF'S MEMORANDUM IN SUPPORT OF ITS MOTION
TO STRIKE DEFENDANT'S MOTION TO DISMISS
FOR LACK OF SUBJECT MATTER JURISDICTION**

This Court has subject matter and personal jurisdiction over this action. More importantly, it is the court best qualified to preside over issues of patent law, patent application procedures and the competence of the Defendant, Fish & Richardson ("F & R") in executing the patent application process on behalf of the Plaintiff and patent applicant, Donald C. Hutchins ("Hutchins"). The Plaintiff, Donald C. Hutchins ("Hutchins") respectfully requests that this Honorable Court strike Defendant Fish and Richardson's motion to dismiss for lack of subject matter jurisdiction.

**Background**

The Defendant, Fish & Richardson P.C. is an umbrella organization of 327 attorneys based in 9 major offices throughout the United States. The F & R umbrella oversees many different corporate subsidiaries chartered in different states such as the publishing subsidiary Accelerage. In 2004 F & R filed 4151 patent applications and was named the top patent litigation firm in the United States by *IP Law & Business*.

President, Peter Devlin delegated responsibility to investigate and respond to these matters found in the Complaint to the entity, Fish & Richardson P.C., P.A. of Minnesota through a letter to Hutchins herein attached as Exhibit A. The entity Fish & Richardson P.C., P.A. is a citizen of Minnesota. Hutchins is a citizen of Massachusetts. Federal courts have personal jurisdiction over state law claims when all parties to the action are citizens of different states and the amount in controversy exceeds $75,000. 28 U.S.C. § 1332.

Count I of the Complaint involves conspiracy in a patent infringement currently being adjudicated by this Court as Civil Action 30121-MAP, Hutchins v. Zoll Medical. This patent infringement action involves Hutchins' U.S. Patent No. 5,913,685. Count I speaks to the conspiracy of Attorney G. Roger Lee, a partner of F & R who conspired with persons employed by Zoll Medical Corporation to expropriate Hutchins intellectual properties. There is no better arena to resolve the issues of Count I than this Court. Infringement "arising under" section 271 is within the subject matter jurisdiction of the federal courts pursuant to Section 1331 and 1338 of the Untied States Code.

The breach of contract (Count II), negligence (Counts III and IV) and malpractice (Count V) of the Complaint concern the patent application, examination, and response action to Hutchins' application for an LED escape light managed by the Defendant, Fish & Richardson. For 20 years F & R represented Hutchins to the Patent Office to a high standard which resulted in many patents, copyrights and trademarks. However, after encouraging Hutchins to pursue an LED escape light patent, F & R failed in the patent prosecution process due to incompetence and office negligence in following the deadlines established by the U.S. Patent Office.

U.S. Patent laws were enacted by Congress and are found in Title 35 of the United States Code. §§ 1-26 of Title 35  The federal agency charged with administering patent laws is the Patent and Trademark Office. Each patent application for a new invention is reviewed by an examiner to determine if the applicant is entitled to a patent. 1.104 of Part 1 of Title 37, (C.F.R.).

The Patent Office Director may suspend or exclude from further practice before the Patent Office any person, agent, or attorney shown to be incompetent or disreputable, or guilty of gross misconduct or who doesn't comply with the regulations established under section 2 (b) (2) (D) of Title 35 or who shall, by word, circular, letter or advertising, with intent to defraud in any manner, deceive, mislead or threaten any applicant. If the application is rejected, the decision may be appealed to the Patent Office's Board of Appeals, with further or alternative review available from the United States Court of Appeals of the Federal Circuit. §§ 134,141, & 145 of Title 35.

The state of Massachusetts has no legislation or agencies responsible for patents or the patent application process. Massachusetts' courts lack jurisdiction over persons guilty of incompetence in the patent application process. Such authority resides with the Patent Office Director and the federal court system. §§ 134, & 145 of Title 35

## Argument

"The existence of federal jurisdiction over the subject matter of civil action is never presumed, and the Court is required to satisfy itself that such jurisdiction exists whether or not the issue is raised by the parties. *Fafel v. DiPaola,* 399 F.3.d 403,410 (1st Cir. 2005)." While the Defendant cites a civil rights action that was pursued by Fafel in both Massachusetts and federal courts at the same time and which appears totally

unrelated to the present question of jurisdiction in this action, Hutchins does not presume federal jurisdiction. Instead, Hutchins relies on the evidence he has presented in the Complaint that is supplemented by this Motion, Memorandum, and Exhibit A.

Neither party could gain from having the issues contained in the Complaint resolved by a Massachusetts judge unfamiliar with federal law and Patent Office Procedure. The Defendant's counselors certainly realize that placing these issues in a Massachusetts court could expose Fish & Richardson's good reputation to negative publicity. It is clear that the Defendant's attempt at dismissal is based on the Defendant's hope that the case will be dismissed and that Hutchins will go away. Hutchins hope is that this Court will accept jurisdiction and provide a level playing field that will be in the best interest of both parties.

### Conclusion

For all the foregoing reasons, Hutchins respectfully requests that the Court grant its Motion to Strike Defendant's Motion to Dismiss for Lack of Subject Matter Jurisdiction.

Donald C. Hutchins, Pro Se

Dated: April 15, 2005

1047 Longmeadow Street
Longmeadow, Massachusetts 01106
(413) 567-0606

### CERTIFICATE OF SERVICE

I, Richard J. Moriarty, 43 Greenacre Avenue, Longmeadow, Massachusetts 01106, hereby certify that I served a copy of the foregoing on the appropriate party by sending a copy by registered mail to: Patrick M. Curran Jr. Esq., Goulston & Storrs, 400 Atlantic Avenue, Boston, Massachusetts 02110-3333.

Dated: 4/15/05

Richard J. Moriarty

# EXHIBIT A

# FISH & RICHARDSON P.C.,P.A.

3300 Dain Rauscher Plaza
60 South Sixth Street
Minneapolis, Minnesota
55402

Telephone
612 335-5070

Facsimile
612 288-9696

Web Site
www.fr.com

Frederick P. Fish
1855-1930

W.K. Richardson
1859-1951

March 4, 2005

Donald C. Hutchins
1047 Longmeadow Street
Longmeadow, MA  01106

**FR**

AUSTIN

BOSTON

DALLAS

DELAWARE

NEW YORK

SAN DIEGO

SILICON VALLEY

TWIN CITIES

WASHINGTON, DC

Re:    U.S. Patent Application No. 10/727,265

Dear Mr. Hutchins:

This acknowledges receipt of your letter of February 23, 2005, to
Mr. Hillman.  Peter Devlin, our firm's President, has referred this matter to
me; I have management responsibility for the firm's patent prosecution
practice.

We have reviewed your letter and take your statements and allegations very
seriously.  Please be assured that we will investigate this matter fully and
respond to your letter in detail as soon as possible.

Very truly yours,

Richard J. Anderson

RJA/kjs

cc:    Peter J. Devlin

60280477.doc