**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**DONALD HUTCHINS**

                  **V.**

**FISH & RICHARDSON, P.C.**

                              **CASE NO.   05-30062   MAP**

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that the above-entitled case has been set for a HEARING ON MOTION TO DISMISS on JULY 12, 2005 at 2:30 p.m. before Michael A. Ponsor, U.S. D.J   In   Courtroom #   1   on the   5th   floor.

**4/27/05**
_____
       Date

**SARAH THORNTON**
**CLERK OF COURT**

**By: /s/ Elizabeth A. French**
**Deputy Clerk**

**Notice sent to:**

**All counsel of record via mail and electronically**

(Notice of Hearing.wpd - 7/99)                                   [kntchrgcnf.]
                                                                 [ntchrgcnf.]