UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DONALD C. HUTCHINS )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>FISH & RICHARDSON, P.C. )<br>)<br>Defendant )<br>) | C.A. No. 05-30062-MAP |

## AFFIDAVIT

1.  I, Peter J. Devlin, Esq., am a member of the Massachusetts bar and am filing this affidavit in opposition to the motion to strike filed by the pro se plaintiff in this case. I serve as the president of Fish & Richardson, P.C. and have personal knowledge of the statements made in this affidavit.

2.  Fish & Richardson, P.C. is a professional corporation duly organized under the laws of Massachusetts with its principal place of business in Boston.

3.  Fish & Richardson, P.C. is the entity which at all times dealt with, and performed legal services for, the plaintiff Donald C. Hutchins, and it is the entity that has billed Mr. Hutchins for those services.

4.  Fish & Richardson, P.C. qualified to do business as a foreign corporation in Minnesota under the name "Fish & Richardson, P.C., P.A." At the time they were so qualified it was not acceptable for a law firm to use the designation P.C. without adding P.A. (although it is acceptable now).

5. After we received a letter from the plaintiff complaining about our services, I asked Attorney Richard Anderson who practices out of the Minnesota office of Fish & Richardson P.C. to review the complaint for me. I did so because Mr. Anderson heads up our patent practice group and the complaint in this case is primarily against a member of that practice group, Charles Hieken, who works here in Boston. That investigation does not in any way change the fundamental facts that: (a) it is Fish & Richardson, P.C. located in Boston that performed the work for and is liable for any claims by the pro se plaintiff; (b) it is Fish & Richardson, P.C., a Massachusetts corporation, that is sued by the plaintiff; and (c) there is no separate Minnesota corporation.

Signed under the pains and penalties and perjury this 28th day of April, 2005.

_____
Peter J. Devlin

**CERTIFICATION OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail (by hand) on 4-28-05
Richardson, Kenihan

-2-