UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE

2005 JUL -6 A II: 37

U.S. DISTRICT COURT
DIST. OF MASS.

|  |  |
|---|---|
| DONALD C. HUTCHINS ) | |
| ) | |
| Plaintiff ) | |
| ) | C.A. No. 05-30062-MAP |
| v. ) | |
| ) | |
| FISH & RICHARDSON, P.C. ) | |
| ) | |
| Defendant ) | |

## AFFIDAVIT

NOW COMES DONALD C. HUTCHINS and upon being duly sworn, states that:

1.  I am over 18 years of age and have personal knowledge of the matters attested to herein.

2.  On April 28, 2005, the Affidavit of Peter J. Devlin was submitted for filing in this case by Attorney Richard Renehan the counsel for the Defendant, Fish & Richardson, P.C.

3.  Mr. Devlin's Affidavit has misrepresented the relationship between me and the Defendant, Fish & Richardson in an effort to deny me my right to federal jurisdiction. My Affidavit corrects these misrepresentations with a sampling of the many documents that will be produced during Discovery.

4.  In the past 20 years Fish & Richardson and I have been involved with patents, trademarks, patent annuities, copyrights, re-issues, appeals, interference actions and FDA approvals. For example, in 1993 Attorney Barry Bretschneider of Fish & Richardson's Washington Office charged me about $40,000 to prosecute an interference action as indicated by Exhibit A attached.

5.  January 2002 I was billed $3,254 by the British Law Office of Lloyd Wise as a fee for their work in preparing a British Patent Application as shown in Exhibit B.

6.  My Ohio licensee and I have paid Annuities through Fish & Richardson to Belgium, Germany, France, Italy, Luxembourg, United Kingdom, and Switzerland as described in Exhibit C.

7.  At the instruction of Fish & Richardson. I have paid patent fees to patent search and patent drawing providers located in Washington, D.C. area.

8.  Exhibit D indicates that Attorney Terry Mann of Fish & Richardson's Washington Office corresponded with me with reference to an "FDA Opinion."

9.  As a client of Fish & Richardson I communicated through the mails and contracted for services of Fish & Richardson personnel between many states, Washington D.C. and from Fish & Richardson's international associates. I also paid fees to their out-of state service providers. As part of license agreements, companies that have licensed my patents that are located in Ohio and California have also participated in interstate commerce with Fish & Richardson.

10. Count I of the Complaint charges that Attorney Roger Lee of Fish & Richardson conspired with employees of Zoll Medical Corporation to infringe my copyrights and patents. Zoll is a Delaware Corporation.

11. It is clear that Fish & Richardson, P.C. is not my family attorney. It is one of the largest patent firms in the world with offices all over the United States. The Defendant has provided me with services in the field of patent law that was established and is controlled by the United States Congress.

FURTHER AFFIANT SAYETH NAUGHT.

_____
DONALD C. HUTCHINS

Sworn to before me and subscribed in my presence the 6TH day of July 2005.

_____
NOTARY PUBLIC

2

<u>CERTIFICATE OF SERVICE</u>

I, Richard J. Moriarty, 43 Greenacre Avenue, Longmeadow, Massachusetts 01106, hereby certify that I served a copy of the foregoing on the appropriate party by sending a copy by registered mail to: Richard W. Renehan, Esq., Goulston & Storrs, P.C., 400 Atlantic Ave., Boston, MA 02110-3333.

Dated: 7-6-05

Richard J. Moriarty

# EXHIBIT A

# FISH & RICHARDSON

FISH RICHARDSON & NEAVE
BOSTON
(1916-1969)

FREDERICK P. FISH
(1855-1930)

W.K. RICHARDSON
(1859-1951)

601 THIRTEENTH STREET, N.W.

WASHINGTON, D.C. 20005

TELEPHONE: 202/783-5070
FAX: 202/783-2331

225 FRANKLIN STREET
BOSTON, MASSACHUSETTS 02110-:80·:
617/542-5070

ONE RIVERWAY, SUITE 1200
HOUSTON, TEXAS 77056
713/629-5070

2200 SAND HILL ROAD, SUITE 1 l0
MENLO PARK, CALIFORNIA 94025
415/854-5277

July 19, 1993

Our File:   02064/006001

BY FEDERAL EXPRESS

Mr. Donald C. Hutchins
60 Brookdale Drive
Springfield, Massachusetts 01104

Hutchins v. Parker Interference

Dear Don:

In confirmation of our telephone conversation last
Friday I enclose the two duplicate originals of the settlement
agreement, signed by Parker.  You should sign both of them, for
yourself individually and for CPR-PROMPT and then return one of
the signed originals to me for handling.  Prior to returning the
signed original to Parmelee I will submit a copy for recordation
as required by the patent law and the interference rules.

Parmelee will now submit a Notice of Express
Abandonment of the application, which will result in the entry of
judgment against Parker and an order from the Board that Parker
is not entitled to a patent containing the claims in his
application.  Your reissue application will thereafter go back to
the Examiner and will presumably be allowed.

Give me a call if you have any questions.

With best regards,

Very truly yours,

Barry E. Bretschneider

Enclosures:  1. Duplicate originals of settlement agreement

22217.W11

# EXHIBIT B

**Lloyd Wise**

Patents Designs Trade Marks

London
Manchester
Hong Kong
Singapore
Beijing

Commonwealth House
New Oxford Street
London

CPH

COPY TO ACCOUNTING

Telephone:    +44 (020) 7571 3200
Facsimile:    +44 (020) 7571 3240
E-mail:       mail@lloydwise.co.uk
Website:      www.lloydwise.com

Fish & Richardson P.C.,
225 Franklin Street,
Boston,
Massachusetts 02110-2804,
U.S.A.

Our Ref:    SH 56730

Your Ref:

Your Account No. 306002

Date:
28th February 2001

---

INVOICE No.  V 006558

VAT REG. No. GB 240 481

---

NARRATIVE

RE:  British Patent Application No. 9713345.8
     corres. to USS No. 08/667946
     Donald C Hutchins
     Your Ref: 02064-008GB1 AAHUTP02GB.

TO:  Preparing for and attending a Hearing at the British
     Patent Office in Newport on 26th February 2001 and
     subsequently preparing a written submission and report
     therein including research and commenting on case law
     fares and expenses.

                                        TOTAL $3254.00

Your remittance should preferably be made by cheque and sent
to our U.S. banking facility (lockbox) at the following address.

Lloyd Wise, Tregear & Co., P.O. Box 1213, Dept.16029,
Newark, New Jersey 07101, U.S.A.

P.A. BOWMAN, E.A. HITCHCOCK, A.R. FINDLAY, J.P. GREENE-KELLY,
M.D. IRONS, S.J. WALLACE, R.M. WALDREN, S. HOWE

INVICTA PRINTERS 01886 888 888

RECEIVED
MAR 1 2 2001
FISH & RICHARDSON, P.C.
BOSTON OFFICE

# FISH & RICHARDSON P.C.

225 Franklin Street
Boston, Massachusett
02110-2804

Telephone
617 542-5070

**Date** January 28, 2002

Facsimile
617 542-8906

Web Site
www.fr.com

Mr. Donald C. Hutchins
Hutchins Tool & Engineering Co.
60 Brookdale Drive
Springfield, MA 01104

Dear Mr. Hutchins,

Enclosed is a copy of invoice number 174153 with a copy of the bill from our associates in Britain, which has a more detailed description of the charges.

Best regards,

Larissa Jonsdottir
Accounts Receivable
Tel: 617-542-5070 ext. 3186
Fax: 617-330-1060

---

372508403261004
**DONALD HUTCHINS**
60 BROOKDALE DR
SPRINGFIELD, MA 01104

9015

DATE February 20, 2002

31-7188
1240

PAY TO THE ORDER OF    FISH & RICHARDSON P.C.————————————    $ 3,254.00

Thirty Two Hundred and Fifty Four ——————— DOLLARS

American Express Centurion Bank
Midvale, Utah 84047

MEMO   Lloyd Wise British Patent

⑈124071889⑈ 255084036 21⑈3790 15

# EXHIBIT C

# FISH & RICHARDSON P.C.

225 Franklin Street
Boston, Massachusetts
02110-2804

Telephone
617 542-5070

Facsimile
617 542-8906

Web Site
www.fr.com

Frederick P. Fish
1855-1930

W.K. Richardson
1859-1951



BOSTON

DALLAS

DELAWARE

NEW YORK

SAN DIEGO

SILICON VALLEY

TWIN CITIES

WASHINGTON, DC

July 18, 2003

John Pastrick
Complient Corporation
27070 Miles Road
Solon, OH 44139

Re: Annuities Due in November 2003
Our ref. 02064-004BE1, -004FR1, -004DE1, -004IT1, -004LU1, -004CH1, -004GB1

Dear Mr. Pastrick:

We enclose a list of one or more patent documents requiring payment by the indicated date to maintain patent rights covered by the associated patent document. For each entry, please check the appropriate box indicating your instruction.

Please return the enclosed list to us with your payment and nonpayment instructions thus indicated by **August 15, 2003** with a check equal to the sum of the amounts for which you have checked the "PAY" box.

Most payments may be made within six months of the due date upon adding a surcharge to the payment.

For each unexpired U.S. patent, please let us know of any change in status between small and large entity, of anyone having ownership rights in or licensed under the patent.

FISH & RICHARDSON P.C.

John Pastrick
July 18, 2003
Page 2

In the absence of instructions from you and the requested check, we shall not make
any payment and the patent rights will expire.

With best regards, we are,

Very cordially,

FISH & RICHARDSON

Charles Hieken

SRY/gph
Enclosure

cc:    Donald C. Hutchins

FISH & RICHARDSON P.C.

## ANNUITIES/MAINTENANCE FEES DUE
Page 2

| | | | |
|---|---|---|---|
| **Matter ID:** | 02064-004LU1 | **Matter ID:** | 02064-004GB1 |
| **Your Ref.:** | | **Your Ref.:** | |
| **Due Date:** | November 18, 2003 | **Due Date:** | November 18, 2003 |
| **Amount:** | $ 597 | **Amount:** | $ 908 |

☐ **PAY** **DO NOT PAY**
☐ **We Will Pay Through Other Channels**
☐ **Allow to Lapse**

☐ **PAY** **DO NOT PAY**
☐ **We Will Pay Through Other Channels**
☐ **Allow to Lapse**

| | | | |
|---|---|---|---|
| **Matter:** | AAHUTP01-LU | **Matter:** | AAHUTP01-GB |
| **Country:** | LUXEMBOURG | **Country:** | UNITED KINGDOM |
| **Inventor:** | HUTCHINS, DC | **Inventor:** | HUTCHINS, DC |
| **Serial No.:** | 85308382.2 | **Serial No.:** | 85308382.2 |
| **Filed:** | November 18, 1985 | **Filed:** | November 18, 1985 |
| **Patent No.:** | 0183462 | **Patent No.:** | 0183462 |
| **Issued:** | August 28, 1991 | **Issued:** | August 28, 1991 |
| **Title:** | CARDIOPULMONARY RESUSCITATION PROMPTING | **Title:** | CARDIOPULMONARY RESUSCITATION PROMPTING |

| | |
|---|---|
| **Matter ID:** | 02064-004CH1 |
| **Your Ref.:** | |
| **Due Date:** | November 18, 2003 |
| **Amount:** | $ 635 |

☐ **PAY** **DO NOT PAY**
☐ **We Will Pay Through Other Channels**
☐ **Allow to Lapse**

| | |
|---|---|
| **Matter:** | AAHUTP01-CH |
| **Country:** | SWITZERLAND |
| **Inventor:** | HUTCHINS, DC |
| **Serial No.:** | 85308382.2 |
| **Filed:** | November 18, 1985 |
| **Patent No.:** | 0183462 |
| **Issued:** | August 28, 1991 |
| **Title:** | CARDIOPULMONARY RESUSCITATION PROMPTING |

FISH & RICHARDSON P.C.

## ANNUITIES/MAINTENANCE FEES DUE

| | |
|---|---|
| **Matter ID:** 02064-004BE1<br>**Your Ref.:**<br>**Due Date:** November 18, 2003<br>**Amount:** $ 839 | **Matter ID:** 02064-004DE1<br>**Your Ref.:**<br>**Due Date:** November 18, 2003<br>**Amount:** $ 2638 |

| ☐ **PAY** | **DO NOT PAY**<br>☐ **We Will Pay Through<br>    Other Channels**<br>☐ **Allow to Lapse** | ☐ **PAY** | **DO NOT PAY**<br>☐ **We Will Pay Through<br>    Other Channels**<br>☐ **Allow to Lapse** |
|---|---|---|---|

| | | | |
|---|---|---|---|
| **Matter:**<br>**Country:**<br>**Inventor:**<br>**Serial No.:**<br>**Filed:**<br>**Patent No.:**<br>**Issued:**<br>**Title:** | AAHUTP01-BE<br>BELGIUM<br>HUTCHINS, DC<br>85308382.2<br>November 18, 1985<br>0183462<br>August 28, 1991<br>CARDIOPULMONARY<br>RESUSCITATION PROMPTING | **Matter:**<br>**Country:**<br>**Inventor:**<br>**Serial No.:**<br>**Filed:**<br>**Patent No.:**<br>**Issued:**<br>**Title:** | AAHUTP01-DE<br>GERMANY<br>HUTCHINS, DC<br>85308382.2<br>November 18, 1985<br>P3583922.8<br>August 28, 1991<br>CARDIOPULMONARY<br>RESUSCITATION PROMPTING |

| | |
|---|---|
| **Matter ID:** 02064-004FR1<br>**Your Ref.:**<br>**Due Date:** November 18, 2003<br>**Amount:** $ 958 | **Matter ID:** 02064-004IT1<br>**Your Ref.:**<br>**Due Date:** November 18, 2003<br>**Amount:** $ 1023 |

| ☐ **PAY** | **DO NOT PAY**<br>☐ **We Will Pay Through<br>    Other Channels**<br>☐ **Allow to Lapse** | ☐ **PAY** | **DO NOT PAY**<br>☐ **We Will Pay Through<br>    Other Channels**<br>☐ **Allow to Lapse** |
|---|---|---|---|

| | | | |
|---|---|---|---|
| **Matter:**<br>**Country:**<br>**Inventor:**<br>**Serial No.:**<br>**Filed:**<br>**Patent No.:**<br>**Issued:**<br>**Title:** | AAHUTP01-FR<br>FRANCE<br>HUTCHINS, DC<br>85308382.2<br>November 18, 1985<br>0183462<br>August 28, 1991<br>CARDIOPULMONARY<br>RESUSCITATION PROMPTING | **Matter:**<br>**Country:**<br>**Inventor:**<br>**Serial No.:**<br>**Filed:**<br>**Patent No.:**<br>**Issued:**<br>**Title:** | AAHUTP01-IT<br>ITALY<br>HUTCHINS, DC<br>85308382.2<br>November 18, 1985<br>0183462<br>August 28, 1991<br>CARDIOPULMONARY<br>RESUSCITATION PROMPTING |

# EXHIBIT D

CONFIRMATION

# FISH & RICHARDSON

601 THIRTEENTH STREET, N.W.

WASHINGTON, D.C. 20005

TELEPHONE: 202/783-5070
FAX: 202/783-2331

FISH RICHARDSON & NEAVE
BOSTON
(1916-1969)

FREDERICK P. FISH
(1855-1930)

W.K. RICHARDSON
(1859-1951)

225 FRANKLIN STREET
BOSTON, MASSACHUSETTS 02110-2804
617/542-5070

ONE RIVERWAY, SUITE 1200
HOUSTON, TEXAS 77056
713/629-5070

2200 SAND HILL ROAD, SUITE 100
MENLO PARK, CALIFORNIA 94025
415/854-5277

May 12, 1994

Our File: 06421/001001

**BY FACSIMILE**
1-413-739-4060

Donald C. Hutchins, President
CPR Prompt
60 Brookdale Drive
Springfield, Massachusetts   01104

Dear Don:

This is to follow-up our telephone conversation regarding County Line Limited's request for an "FDA opinion" on the CPR Prompt device. Because our firm currently represents your company on patent matters, it is necessary that we disclose this potential conflict and obtain your consent before engaging in such work. Accordingly, please read and sign the consent form attached hereto and fax it to my attention.

As soon as we receive this we will need to review copies of your FDA filings, correspondence with the FDA and all advertising and literature associated with the device.

Thank you for your attention to this matter and should you have any questions please contact Chuck or me at your convenience.

Very truly yours,

Terry G. Mahn

/bab
Enclosure
cc:  Charles Hieken, Esq.

Original by mail
31804.W11