UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DONALD C. HUTCHINS )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>FISH & RICHARDSON P.C. )<br>)<br>Defendant )<br>) | Civil Action: **05-30062-MAP** |

## PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT UNDER FED.R.CIV.P.56

**COMES NOW Plaintiff** Donald C. Hutchins, ("Plaintiff") and hereby moves the Court, pursuant to Rule 56 of the Federal Rules of Civil Procedure, for Summary Judgment in Plaintiff's favor on every claim brought against Defendant, Fish & Richardson, P.C. ("F&R") on grounds that:

1. Plaintiff's claim of Conspiracy must succeed because F&R has not denied the allegation and the undisputed facts show that F&R employees conspired with employees of the Zoll Medical Corporation to infringe Hutchins' U.S. Patent No. 5,913,685.

2. Plaintiff's claim of Breach of Contract must succeed because the undisputed facts show that F&R failed in its duty to Plaintiff to fulfill the contractual obligation of filing a patent application in a professional and timely manner.

3. Plaintiff's claim of Negligence must succeed because F&R has never denied the allegation either prior to or after the institution of this action.

   The undisputed facts support the claim that the F&R staff did not comply with the standard procedures for patent filing established by the U.S. Patent Office.

4.  Plaintiff's claim of Negligence must succeed because F&R has never denied the allegation either prior to or after the institution of this action. The undisputed facts support the claim that the F&R management did not properly supervise and oversee the author of the patent application.

5.  Plaintiff's claim of Malpractice must succeed because F&R has never denied the allegation. The undisputed facts support the claim that the F&R staff and its Chairman did not assume responsibility for the actions, negligence and contractual obligations of the law firm even when alerted to these failings by Plaintiff.

Plaintiff's motion is supported by the Memorandum of Law in Support of Plaintiff's Motion for Summary Judgment, the documents attached thereto, and all the files, records and proceedings in this matter.

         Respectfully submitted

         The Plaintiff
         Donald C. Hutchins, Pro Se

Dated: July 7, 2005     _____
         1047 Longmeadow Street
         Longmeadow, Massachusetts 01106
         (413) 567-0606
         (413) 739-4060 (facsimile)

## CERTIFICATE OF SERVICE

    I, Donald C. Hutchins, 1047 Longmeadow Street, Longmeadow, Massachusetts 01106, hereby certify that I served a copy of the foregoing on the appropriate party by sending a copy by United Parcel Service to Richard W. Renehan, Esq., Goulston & Storrs, P.C., 400 Atlantic Ave., Boston, Massachusetts 02110.

Dated: 7/7/05

Donald C. Hutchins