```
              UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF MASSACHUSETTS


DONALD C. HUTCHINS,        )
         Plaintiff         )
                           )
     v.                    ) CIVIL ACTION NO.05-30062-MAP
                           )
FISH & RICHARDSON, P.C.,   )
         Defendant         )
```

## MEMORANDUM AND ORDER REGARDING DEFENDANT'S MOTION TO DISMISS, PLAINTIFF'S MOTION TO STRIKE AND PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT
(Docket Nos. 4, 6, 12)

July 20, 2005

PONSOR, U.S.D.J.

Plaintiff, pro se, and counsel for the defendant appeared before this court on July 12, 2005 for argument on all pending motions.

For the reasons stated in open court, the court hereby ALLOWS defendant's Motion to Dismiss (Docket No. 4) and DENIES plaintiff's Motions to Strike and for Summary Judgment (Docket Nos. 6 & 12).

As detailed following oral argument, no subject matter jurisdiction lies in this court, either in the form of federal question jurisdiction or in the form of diversity jurisdiction.  It would be no favor to plaintiff to maintain a cause of action in this court which will inevitably collapse because of this fundamental defect.

The motions to strike and for summary judgment have been

denied based upon the defendant's successful argument in favor of dismissal. The clerk is ordered to enter judgment of dismissal. This case may now be closed.

    It is So Ordered.

                                      /s/ Michael A. Ponsor
                                      MICHAEL A. PONSOR
                                      U. S. District Judge