# UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

DONALD C. HUTCHINS,

   Plaintiff(s)

      v.                     CIVIL ACTION NO. 3:05 -30062 -MAP

FISH & RICHARDSON, P.C.,

   Defendant(s)

### JUDGMENT IN A CIVIL CASE

**Michael A. Ponsor, D.J.**

[ ]   **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X]   **Decision by the Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**

**JUDGMENT** entered for the defendants Fish & Richardson, P.C., against the plaintiff Donald C. Hutchins, pursuant to the court's memorandum and order entered this date, granting the defendants motion to dismiss.

                                                  **SARAH A. THORNTON**,
                                                  CLERK OF COURT

Dated: July 20, 2005                   By /s/ *Maurice G. Lindsay*
                                                    Maurice G. Lindsay
                                                    Deputy Clerk

(Civil Judgment.wpd - 11/98)                                                                                  [jgm.]